■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MERCY MELSUN, Appellant.—Judgment, Supreme Court, New York County (George Smith, J.), rendered on November 17, 1982, unanimously affirmed. The defendant's purported appeal from the denial of his application for a writ of habeas corpus is affirmed, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Sandler, Fein, Rosenberger and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SANTIAGO RODRIGUEZ, Appellant.—Judgment, Supreme Court, New York County (Martin Klein, J.), rendered on July 10, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Sandler, Fein, Rosenberger and Wallach, JJ.